IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

BRENDA JOHNSON,

    *Plaintiff*,

v.                                  Case No.: 2:22-CV-00193

NORFOLK STATE UNIVERSITY,

    *Defendants*.

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, BRENDA JOHNSON, (hereinafter referred to as "Plaintiff" or "Ms. Johnson"), by the undersigned counsel, files this Opposition to the Defendant, NORFOLK STATE UNIVERSITY'S (hereinafter referred to as "Defendant") Motion for Summary Judgment and relies upon and incorporates the Brief in Support of this response as if fully set forth herein.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order denying the Defendant's Motion for Summary Judgement filed on August 11, 2023, and allowing the suit to move forward without delay.

Dated: September 15, 2023

Respectfully submitted,
By and through her counsel

*/s/Alexander Taylor*
Alexander Taylor, Esq.,VSB# 29292
Alex Taylor Law, PLC
1622 West Main Street
Richmond, VA 23220
Tel: 804-239-9232
Fax: 866-446-6167
alextaylor@alextaylorlaw.com

*/s/Charles Tucker, Jr.*
Charles Tucker, Jr., Esq., *Pro Hac Vice*

1

        MD Bar# 0808260001
        The Cochran Firm - Hyattsville
        8181 Professional Place
        Hyattsville, MD 20785
        Email: charles@tuckerlawgroupllp.com
        Telephone: 301-577-1175
        Facsimile: 240-467-5787

**Certificate of Service**

I hereby certify that on this 15th day of September, 2023, I electronically filed the foregoing Response to the Defendant's Motion for Summary Judgment using the CM/ECF System, which will send notification of such filing to all Parties:

Melissa Y. York
Harman, Claytor, Corrigan, & Wellman
P.O. Box 70280
Richmond, Virginia, 23255
myork@hccw.com

        */s/Alexander Taylor*
        Alexander Taylor, Esq.,VSB# 29292
        Alex Taylor Law, PLC
        1622 West Main Street
        Richmond, VA 23220
        Tel: 804-239-9232
        Fax: 866-446-6167
        alextaylor@alextaylorlaw.com

        */s/Charles Tucker, Jr.*
        Charles Tucker, Jr., Esq., *Pro Hac Vice*
        MD Bar# 0808260001
        The Cochran Firm - Hyattsville
        8181 Professional Place
        Hyattsville, MD 20785
        Email: charles@tuckerlawgroupllp.com
        Telephone: 301-577-1175
        Facsimile: 240-467-5787