UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**BRENDA JOHNSON,**

        **Plaintiff,**

**v.**                                                  **CIVIL NO. 2:22cv193**

**NORFOLK STATE UNIVERSITY,**

        **Defendant.**

## FINAL ORDER

This matter comes before the court on Defendant Norfolk State University's Motion for Summary Judgment and Brief in Support. ECF Nos. 33, 34. The matter was referred to a United States Magistrate Judge by Order of October 5, 2023, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the Motion. ECF No. 54. The United States Magistrate Judge's Report and Recommendation was filed on December 12, 2023, recommending that the court grant Defendant's Motion for Summary Judgment. ECF No. 55 at 21.

By copy of the Report and Recommendation of the Magistrate Judge, the parties were advised of their right to file written objections thereto. Id. at 22. The court has received no objections

to the Magistrate Judge's Report and Recommendation, and the time for filing the same has expired. Accordingly, the court does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed December 12, 2023. The court **GRANTS** Defendant's Motion for Summary Judgment, ECF No. 33; and **DISMISSES** Plaintiff's Amended Complaint, ECF No. 14, with prejudice.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

January 16, 2024